IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:13cr13-MHT |
| SCOTTIE ALICE JOHNSON | ) | (WO) |
| a/k/a Alice Johnson | ) | |

OPINION AND ORDER

This case is now before the court on defendant Scottie Alice Johnson's motion to continue trial. In light of the fact that the government has no objections to the continuance motion; based on the representations made on the record on February 27, 2013;and for the reasons set forth below, the court finds that jury selection and trial should be continued to May 20, 2013.

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not
> guilty is entered, the trial of a

> defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(I), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interests of the public and Johnson in a speedy trial. The trial is currently scheduled for April 1, 2013. Counsel for Johnson is currently making arrangements to have Johnson psychologically assessed. Additional time is needed to arrange this and to obtain the results. A competency hearing will be set after the evaluation.

* *

Accordingly, it is ORDERED as follows:

(1) Defendant Scottie Alice Johnson's motion to continue (doc. no. 14) is granted.

(2) Defendant Johnson's trial and jury selection, now set for April 1, 2013, are continued to May 20, 2013 at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 5th day of March, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE